**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:00-cr-045 (HRH) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Damien Prescott | WRIT OF GARNISHMENT |

RECEIVED MAR 21 2007 CLERK U.S. DISTRICT COURT ANCHORAGE, A.K.

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
State of Alaska, Department of Revenue, Enforcement Division

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1016 W. 6th Ave., Ste. 100, Anchorage, AK 99501    Attn: Public Service Dept.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy
Assistant U.S. Attorney
222 W. 7th Ave., Rm 253, #9
Anchorage, AK 99513-7567

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve writ to attach debtor's Alaska Permanent Fund Dividend.
Do not prepare additional USMS Notice of Levy for ths writ package.

Signature of Attorney or other Originator requesting service on behalf of:
Richard L. Pomeroy, A.U.S.A.

XX PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (907) 271-5071
DATE: 4/26/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 6 | No. 6 | MK | 5-1-06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 5/2/06
Time: 12:00 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | | | | | | |

REMARKS:
No Funds

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

## NOTICE OF LEVY ON ALASKA PERMANENT FUND DIVIDEND
## BY A COURT WRIT

To: State of Alaska
    Department of Revenue
    Permanent Fund Dividend Division

From: United States Marshals
    222 W. 7th Avenue, #28
    Anchorage, AK 99513-7504
    Phone (907) 271-5154

- For PFD Division Use Only -
PFD Server Code
**G0137**
Location_____
Priority_____

____ Check here if you are adding or correcting information from a previously submitted notice of levy. Date of previous notice _____.
*Highlight information being corrected or added.*

**U.S. DISTRICT COURT CASE NUMBER:** 3:00-cr-045 (HRH)
**Criminal Fine or Restitution (100% of PFD attachable)**

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

**Judgment Debtor Name:** DAMIEN PRESCOTT

**AKA or Alias:**

**Social Security Number:**

**Date of Birth:** **REDACTED**

**Amount of Writ** $134,362.44

**Service Fee** $

**Interest to October 15** $

**Total Due** $

Service Agent
Signature: [signed]
Date: 5/2/06
Printed Name: Bradley T. Quillon
Title: D.U.S.M

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

Alaska Department of Revenue
Permanent Fund Dividend Division
2006 No Hit List

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 653038 | G0137 | 399CR077 | KANIADAKIS | STEVEN | J | A CR | $141,775.98 |
| 653149 | G0137 | 1JU0415CI | BARTLETT | ANTHONY | G | A SA | $201,291.66 |
| 653153 | G0137 | 301CR60 | ANNISTASIA PARKER | JENNA | L | A CR | $10,710.18 |
| 653153 | G0137 | | PRESCOTT | DAMIEN | | A CR | $134,362.44 |
| 653153 | G0137 | 303CR87 | SMITH | HELEN | M | A CR | $560,144.19 |
| 653153 | G0137 | 303CR87 | SMITH | KENNITH | A | A CR | $71,923.98 |
| 653153 | G0137 | 105CR1 | TIFFANY | WADE | | A CR | $19,965.97 |
| 653153 | G0137 | 399CR36 | WRIGHT | JAMES | A | A CR | $28,828.26 |
| 653153 | G0137 | 303CR74 | HELM | BARBARA | A | A CR | $24,801.77 |
| 653155 | G0137 | 397CV409 | OLSON | KARIN | L | A FA | $81,481.49 |
| 653155 | G0137 | 302CR053 | CHANTHASENG | LISA | | A CR | $27,810.22 |
| 653155 | G0137 | 398CR018 | BARNETT | HUGH | W | A CR | $1,595.05 |
| 653155 | G0137 | 303CR005 | ARNSWORTH | RASHAD | | A CR | $60,584.36 |
| 653206 | G0137 | 301CR85JKS | HANEY | SUSAN | | A CR | $22,186.70 |
| 653206 | G0137 | 303CR121JDR | FELIX | MARGARET | | A CR | $1,542.59 |
| 653206 | G0137 | 303CR88RRB | BRADLEY | ELDRIDGE | L | A CR | $41,823.48 |
| 653206 | G0137 | 402CR19RRB | HYMES | DONALD | L | A CR | $89,962.25 |
| 653206 | G0137 | 303CR96RRB | BECKMAN | MICHAEL | L | A CR | $692.97 |
| 653206 | G0137 | 392CR79AHB | GORMAN | DENNIS | R | A CR | $176,119.46 |
| 653206 | G0137 | 491CR122HRH | DUNHAM | WENDELL | | A CR | $14,518.74 |
| 653206 | G0137 | 301CR11JWS | DOERNER | RYAN | P | A CR | $23,531.72 |
| 653206 | G0137 | 300CV159JKS | MERCHLEWITZ RAYBURN | VICKIE | L | A FA | $5,767.15 |
| 653206 | G0137 | 305CR46JWS | CARRILLO-ESQUIVEL | MARCO | T | A CR | $22,419.53 |
| 653209 | G0137 | J0219CI | LIND | ELIA | | A SA | $190,810.18 |
| 653214 | G0137 | 398CR00105 | INMAN | SCOTT | A | A CR | $22,949.48 |
| 653214 | G0137 | 399CR00093 | LEE | TERRY | | A CR | $1,619.60 |
| 653214 | G0137 | 301CR00035 | JOHNSON | DAVID | M | A CR | $3,595.83 |
| 653214 | G0137 | 493CR00035 | THERIAULT | BECKY | A | A CR | $22,767.98 |
| 653216 | G0137 | 398CR00053 | SMART | CAROLYN | | A CR | $6,475.39 |
| 653216 | G0137 | 305CR23JKS | GOMEZ | CHRISTIAN | S | A CR | $1,384.99 |
| 653216 | G0137 | 402CR8RRB | SKINNER | BENJAMIN | I | A CR | $5,224.29 |
| 653217 | G0137 | 304CR52JKS | CHRISTENSEN | JENNIFEWR | | A CR | $230,277.13 |
| 653217 | G0137 | 300CR137JKS | LANZ | JUSTIN | K | A CR | $1,175.66 |
| 653220 | G0137 | 304CV00027JKS | BOWEN | BARBARA | | A OT | $76,076.35 |
| 653243 | G0137 | 303CV181JWS | KOLLER | JOHN | M | A FA | $149,656.22 |

REDACTED

**Klemm, Linda (USMS)**

**From:** Vonda StClair [vonda_stclair@revenue.state.ak.us]
**Sent:** Tuesday, December 05, 2006 3:54 PM
**To:** Klemm, Linda (USMS)
**Subject:** G0137 PFD No Payment Notification

You filed a levy on the items attached. There are no funds available for these items because the individuals were not eligible or the funds were taken by a higher priority.

If I can be of further assistance, please do not hesitate to contact me.

Vonda St.Clair
Administrative Clerk III
Permanent Fund Dividend Division
(907) 465-4671
vonda_stclair@revenue.state.ak.us

12/6/2006